**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**ELMER REY CORTES,**

***Petitioner*,**

**v.** **Case No.: 1:25cv288-MW/MAF**

**RICHARD COMERFORD, Secretary,**
**Florida Department of Corrections,**

***Respondent*.**
______________________________/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court’s opinion. Respondent’s motion to dismiss, ECF No. 14, is **GRANTED**. The Clerk shall enter judgment stating, “The § 2254 petition, ECF No. 1, is **DISMISSED as untimely**.” A certificate of appealability is **DENIED**. Finally, this Court certifies that any appeal of the dismissal is not in good faith and leave to appeal

*in forma pauperis* is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 4, 2026.**

**s/Mark E. Walker**
**United States District Judge**